People v Acosta (2024 NY Slip Op 03309)

People v Acosta

2024 NY Slip Op 03309

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024

PRESENT: WHALEN, P.J., SMITH, BANNISTER, KEANE, AND HANNAH, JJ. (Filed June 14, 2024.) 

MOTION NO. (590/22) KA 19-01871.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JEREMY A. ACOSTA, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.